ALEXANDRE IAN CORNELIUS (STATE BAR #180652)
CORNELIUS@THECALAW.COM
S.R. SAAD (STATE BAR #250337)
SAAD@THECALAW.COM
**CORNELIUS & ASSOCIATES, APC**
23801 Calabasas Rd., Suite 100
Calabasas, CA 91302
Telephone:   (818) 835-9159
Facsimile:    (818) 396-3160

THE SETTLEMENT GROUP, INC., and
JOSEPH M. LUCENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMERGING MANAGER PLATFORM (2) LTD<br><br>Plaintiff,<br><br>vs.<br><br>HADASSAH WEISS; MENACHEM WEISS; RACHEL WILHELM; ISSER M. ZEILINGOLD, individually and as Trustee of the Hadassah Weiss Irrevocable Life Insurance Trust; MARTIN NEUMANN; WEINSTOCK MANION, A LAW CORPORATION; SAMUEL EHRENTHAL; INSURED ON TIME SERVICES INC.; GREGG G. KIRSCHNER; JOSEPH M. LUCENT; THE SETTLEMENT | **Case No.: 2:25-cv-12434-AB-KS**<br><br>**NOTICE OF LODGING OF PROPOSED ORDER RE: THE NOTICE OF MOTION AND MOTION OF DEFENDANTS THE SETTLEMENT GROUP, INC., AND JOSEPH M. LUCENT FOR AN ORDER DISMISSING THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), (2), (3), (6) AND (7); AND DECLARATION OF ALEXANDRE I. CORNELIUS RE MEETING AND CONFERRING (Dkt No. 44)**<br><br>District Judge: Hon/ Andre Birotte, Jr.<br>Action Filed: December 31, 2025<br><br>Date:    May 22, 2026<br>Time:    10:00 a.m.<br>Place:    350 W. 1st Street, Courtroom 7B<br>          Los Angeles, CA 90012 |

1

GROUP, INC., dba Georgia Settlement Group; BENJAMIN STEIN; BENEFICIAL EXCHANGE LLC; MICHAEL GOLDMAN; PRIME BROOKSIDE LLC; ALEXANDER GOFER; and GOFER LAW FIRM PC,,

        Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Defendants, The Settlement Group, Inc., and Joseph M. Lucent, hereby lodge the attached [PROPOSED] ORDER GRANTING DEFENDANTS THE SETTLEMENT GROUP, INC., AND JOSEPH M. LUCENT'S MOTION TO DIMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), (2), (3), (6) AND (7).

Dated:  April 23, 2026

**CORNELIUS & ASSOCIATES, APC.**

By: /s/ *Alexandre I. Cornelius*
Alexandre I. Cornelius
S.R. Saad
Attorneys for Defendants, THE SETTLEMENT GROUP, INC. and JOSEPH M. LUCENT

# <u>CERTIFICATE OF SERVICE</u>

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 23801 Calabasas Rd., Ste 100, Calabasas, CA 91302.

I am not a party to the above-mentioned action.

On April 23, 2026, I electronically filed and caused service of the foregoing **NOTICE OF LODGING OF PROPOSED ORDER RE: THE NOTICE OF MOTION AND MOTION OF DEFENDANTS THE SETTLEMENT GROUP, INC., AND JOSEPH M. LUCENT FOR AN ORDER DISMISSING THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), (2), (3), (6) AND (7); AND DECLARATION OF ALEXANDRE I. CORNELIUS RE MEETING AND CONFERRING (Dkt No. 44)** as accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and <u>Local Rule 5-3.2.1</u>, which provides: "Upon the electronic filing of a document, a 'Notice of Electronic Filing' ("NEF") will be automatically generated by the CM/ECF system and sent by e-mail to:(1) all attorneys who have appeared in the case in this Court and (2) all pro se parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Unless service is governed by <u>F.R. Civ.P. 4</u> or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 23, 2026 at Calabasas, California.

<u>/s/ *Mel Harris*</u>
Mel Harris

NOTICE OF LODGING OF PROPOSED ORDER RE: THE NOTICE OF MOTION AND MOTION OF DEFENDANTS THE SETTLEMENT GROUP, INC., AND JOSEPH M. LUCENT FOR AN ORDER DISMISSING THE COMPLAINT PURSUANT TO FED. CIV. P. 12(b)(1), (2), (3), (6) AND (7); AND DECLARATION OF ALEXANDRE I. CORNELIUS RE MEETING AND CONFERRING (Dkt No. 44)