MATTHEW OSTER (State Bar No. 190541)
  moster@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for SAMUEL EHRENTHAL and
INSURED ON TIME SERVICES, INC.

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERGING MANAGER PLATFORM (2) LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HADASSAH EISS; MENACHEM WEISS; RACHEL WILHELM; ISSER M. ZEILINGOLD, individually and as Trustee of the Hadassah Weiss Irrevocable Life Insurance Trust; MARTIN NEUMANN; WEINSTOCK MANION, A LAW CORPORATION; SAMUEL EHRENTHAL; INSURED ON TIME SERVICES, INC.; GREGG G. KIRSCHNER; JOSEPH M. LUCENT; THE SETTLEMENT GROUP, INC. dba GEORGIA SETTLEMENT GROUP; BENJAMIN STEIN; BENEFICIAL EXCHANGE LLC; MICHAEL GOLDMAN; PRIME BROOKSIDE LLC; ALEXANDER GOFER; and GOFER LAW FIRM PC; <br><br> Defendants. <br> AND RELATED CLAIMS | Case No. 2:25-cv-12434-AB-KS <br><br> **SAMUEL EHRENTHAL AND INSURED ON TIME SERVICES, INC.'S ANSWER TO CROSS-COMPLAINT** <br><br> Judge:  Hon. Karen L. Stevenson <br><br> Trial Date:         None |

SAMUEL EHRENTHAL and INSURED ON TIME SERVICES, INC. ("Cross-Defendants"), answer the Cross-Complaint ("Cross-Complaint") filed by HADASSAH WEISS, MENACHEM WEISS, and RACHEL WILHELM ("Cross-Complainants") and assert their affirmative defenses to the Cross-Complaint as follows:

1.      Admit.

2.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

3.      Deny that Cross-Defendants bear any responsibility for any conduct that led to Cross-Complainants being sued.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

4.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

5.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

6.      Admit.

7.      Admit.

8.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

9.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

///

10. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

11. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

12. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

13. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

14. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

15. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

16. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

17. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

18. Admit.

19. Admit that Ehrenthal referred Weiss to Kirschner. Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

20.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

21.     Admit that a dispute arose between Weiss and Cross-Defendants regarding life insurance policies.  Admit that Weiss demanded that the policies be cancelled.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

22.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

23.     Admit.

24.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

25.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

26.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

27.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

28.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

///

29.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

30.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

31.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

32.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

33.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

34.     Admit.

35.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

36.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

37.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

38.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

39.	Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

40.	Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

41.	Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

42.	Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

43.	Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

44.	This paragraph contains legal conclusions, arguments, and characterizations to which no response is required.  To the extent a response is required, Cross-Defendants deny.

45.	Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

46.	Deny as to Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

47.	Deny.

48.	Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

///

///

7061150.1

-6-

SAMUEL EHRENTHAL AND INSURED ON TIME SERVICES, INC.'S ANSWER TO CROSS-COMPLAINT

49.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

50.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

51.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

52.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

53.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

54.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

55.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

56.    Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

57.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

///

///

58.    Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

59.    Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

60.    Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

61.    Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations alleged in this paragraph and, on that basis, deny them.

62.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

63.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

64.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

65.    Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

66.    Admit.

67.    Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

68.    Admit.

69.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

70.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

71.     Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

72.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

73.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

74.     Cross-Defendants hereby incorporate and reference the foregoing paragraphs of this Answer, as though set forth fully herein.

75.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

76.     Deny as to Cross-Defendants.  Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations alleged in this paragraph and, on that basis, deny them.

## **AFFIRMATIVE DEFENSES**

Cross-Defendants hereby plead the following separate and additional defenses to the Cross-Complaint.  By alleging the separate and additional defenses set forth below, Cross-Defendants intend no alteration of the burden of proof and/or burden of going forward with evidence that otherwise exists with respect to any particular issue at law or in equity.  Furthermore, all such defenses are pleaded in the alternative, and

do not constitute an admission of liability or that Cross Claimants are entitled to any relief whatsoever.  Without limiting or waiving any defenses available to them, and based on information and belief unless otherwise stated, Cross-Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

#### (*Failure to State a Claim*)

The Cross-Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

#### (*No Violation Of A Legal Duty*)

The Cross-Complaint is barred, in whole or in part, because Cross-Defendants did not violate any legal duty owed to Cross-Complainants.

### THIRD AFFIRMATIVE DEFENSE

#### (*Good Faith*)

The Cross-Complaint, in whole or in part, is barred because the Cross-Defendants undertook any challenged acts or omissions, in part or in total, in good faith and in conformity with applicable orders, rulings, regulations, and/or interpretations.

### FOURTH AFFIRMATIVE DEFENSE

#### (*Waiver*)

The Cross-Complaint is barred, in whole or in part, by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

#### (*Laches*)

The Cross-Complaint is barred, in whole or in part, by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

#### (*Unclean Hands*)

The Cross-Complaint is barred, in whole or in part, by the doctrine of unclean hands.

///

SAMUEL EHRENTHAL AND INSURED ON TIME SERVICES, INC.'S ANSWER TO CROSS-COMPLAINT

## SEVENTH AFFIRMATIVE DEFENSE

### (*Statutes of Limitations*)

The Cross-Complaint is barred, in whole or in part, by applicable statutes of limitation.

## EIGHTH AFFIRMATIVE DEFENSE

### (*Unjust Enrichment*)

Any recovery by Cross-Complainants on the Cross-Complaint against Cross-Defendants would be unfair and would constitute unjust enrichment.

## NINTH AFFIRMATIVE DEFENSE

### (*Estoppel*)

The Cross-Complaint is barred, in whole or in part, by the doctrine of estoppel.

## TENTH AFFIRMATIVE DEFENSE

### (*Conduct Not Wrongful*)

The Cross-Complaint is barred, in whole or in part, because Cross-Defendants' conduct was not wrongful or otherwise unlawful.

## ELEVENTH AFFIRMATIVE DEFENSE

### (*Superseding and Intervening Acts*)

Any damage allegedly sustained by Cross-Complainants was caused, in whole or in part, by the superseding and intervening acts and omissions of persons or entities for whose conduct Cross-Defendants are not responsible.

## TWELFTH AFFIRMATIVE DEFENSE

### (*No Causation*)

The Cross-Complaint is barred, in whole or in part, because Cross-Complainants' damages, if any, were not caused by Cross-Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (*No Damages*)

Without admitting that the Cross-Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Cross-

Defendants in the Cross-Complaint, and the relief prayed for in the Cross-Complaint therefore cannot be granted.

## RESERVATION OF ADDITIONAL DEFENSES

Cross-Defendants reserve their right to add, delete, or modify any and all defenses which may pertain to the Cross-Complaint that are now or may become available in this action through clarification or amendment of the Cross-Complaint, through discovery, through further legal analysis of the claims and positions in this litigation, or otherwise.

## PRAYER FOR RELIEF

WHEREFORE, Cross-Defendants, SAMUEL EHRENTHAL and INSURED ON TIME SERVICES, INC. pray that the Court rules as follows:

1.    That Cross-Complainants take nothing by reason of the Cross-Complaint;

2.    That the Court dismiss the Cross-Complaint with prejudice;

3.    That Cross-Defendants recover their costs of suit, including attorneys' fees; and

4.    That Cross-Defendants be awarded such other and further relief as the Court deems just and proper.

DATED:  June 4, 2026                    WOLF, RIFKIN, SHAPIRO,
                                        SCHULMAN & RABKIN, LLP


                            By:  *Matthew Oster*
                                 _____
                                 MATTHEW OSTER
                                 Attorneys for Cross-Defendants,
                                 SAMUEL EHRENTHAL and INSURED
                                 ON TIME SERVICES, INC.

7061150.1                               -12-
SAMUEL EHRENTHAL AND INSURED ON TIME SERVICES, INC.'S ANSWER TO CROSS-COMPLAINT