MICHAEL ZORKIN (Bar No. CA 313308)
mz@thezorkinfirm.com
JESSICA SAVELLI (Bar No. CA 339889)
js@thezorkinfirm.com
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone:  323.493.8075
Fax:          323.872.5251

Attorneys for Defendants
Benjamin Stein and Beneficial Exchange, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMERGING MANAGER PLATFORM (2) LTD., <br><br> Plaintiff, <br><br> v. <br><br> HADASSAH WEISS; MENACHEM WEISS; RACHEL WILHELM; ISSER M. ZEILINGOLD, individually and as Trustee of the Hadassah Weiss Irrevocable Life Insurance Trust; MARTIN NEUMANN; WEINSTOCK MANION, A LAW CORPORATION; SAMUEL EHRENTHAL; INSURED ON TIME SERVICES INC.; GREGG G. KIRSCHNER; JOSEPH M. LUCENT; THE SETTLEMENT GROUP, INC., dba Georgia Settlement Group; BENJAMIN STEIN; BENEFICIAL EXCHANGE LLC; MICHAEL GOLDMAN; PRIME BROOKSIDE LLC; ALEXANDER GOFER; AND GOFER LAW FIRM PC, <br><br> Defendants. | No. 2:25-cv-12434-AB (SKx) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT FOR DEFENDANTS BENJAMIN STEIN AND BENEFICIAL EXCHANGE, LLC** <br><br> Complaint Filed: Dec. 31, 2025 <br> Response Date: July 27, 2026 <br> New Response Date: August 27, 2026 |

THE ZORKIN FIRM

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## STIPULATION

1.      On December 31, 2025, Emerging Manager Platform (2) LTD ("EMP") sued Benjamin Stein ("Mr. Stein") and his company, Beneficial Exchange LLC ("Beneficial Exchange," and together with Mr. Stein, "Defendants").

2.      EMP has filed a proof of service claiming to have effected service on Beneficial Exchange by certified mail on May 18, 2026, such that Beneficial Exchange's response to the complaint would have been due on June 17, 2026.

3.      EMP has filed a proof of service claiming to have effected service on Mr. Stein by substituted service on June 26, 2026, such that his response to the complaint would be due on July 27, 2026.

4.      Mr. Stein and Beneficial Exchange require additional time to investigate the claims against them, evaluate their defenses, and either prepare an answer or meaningfully meet and confer, under Local Rule 7-3, about any potential motion pursuant to Federal Rule of Civil Procedure 12(b).

5.      To facilitate an orderly response to the Complaint that also comports with the hearing dates for pending motions filed by other parties that have already appeared in the action, EMP and the Defendants, through their undersigned counsel, stipulate as follows:

      a.      Defendants shall file and serve their responsive pleadings to the complaint no later than August 27, 2026.

      b.      If Defendants, or either of them, file a motion rather than an answer to the complaint, the motion(s) shall be noticed for hearing on October 16, 2026, provided that date is available on the Court's calendar.

2

THE ZORKIN FIRM

SO STIPULATED.

Dated:      July 16, 2026               THE ZORKIN FIRM


                                        By:/s/ Michael Zorkin
                                           Michael Zorkin
                                           Attorneys for Benjamin Stein and
                                           Beneficial Exchange, LLC


Dated:      July 16, 2026               K&L GATES LLP


                                        By:/s/ Keian Vahedy
                                           Keian Vahedy
                                           Attorneys for Plaintiff Emerging
                                           Manager Platform (2) LTD.

* Pursuant to Local Rule 5-4.3.4.(a)(2)(i), the filing party attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

THE ZORKIN FIRM

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT