Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 323-353-9535
e-mail: baruchcohen@baruchcohenesq.com

*Attorney Specially Appearing for Cross-Defendants* Michael Goldman and Prime Brookside LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Emerging Manager Platform (2) LTD,<br><br>Plaintiff,<br><br>v.<br><br>Hadassah Weiss; Menachem Weiss; Rachel Wilhelm; et al.,<br><br>Defendants.<br>________________________<br>Hadassah Weiss; Menachem Weiss; Rachel Wilhelm; et al.,<br><br>Cross-Claimants,<br><br>vs.<br><br>Isser M. Zeilingold; Samuel Ehrenthal; et al.<br><br>Cross-Claim Defendants | Case No.: 2:25-cv-12434-AB-KS<br><br>**AMENDED NOTICE OF HEARING ON CROSS-DEFENDANTS MICHAEL GOLDMAN AND PRIME BROOKSIDE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE CROSSCLAIM FOR INSUFFICIENT SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 12(b)(5) AND 4(m); ) AND FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**<br><br>*Corrected Hearing Date*<br><br>Date: **10-23-2026**<br>Time: 10:00 am<br>Place: 350 W 1st St, Los Angeles<br>Courtroom: 7B |

**PLEASE TAKE NOTICE** that hearing on Cross-Defendants Michael Goldman and Prime Brookside LLC's ("Cross-Defendants") *Motion to Dismiss the Crossclaim for Insufficient Service of Process and for Lack of Personal Jurisdiction [Dkt #134]* will be heard on **10-23-2026**, at 10:00 a.m. in Courtroom 7B, located at 350 W 1st St, Los Angeles CA.

DATED: September 14, 2026

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By *___/s/ Baruch C. Cohen___*
Baruch C. Cohen, Esq.
*Attorney Specially Appearing for Cross-Defendants Michael Goldman and Prime Brookside LLC*