UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: 2:25-cv-12434-AB-KS | Date: October 20, 2026 |
|---|---|

Title: *Emerging Manager Platform (2) Ltd. v. Weiss, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings: [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Crossclaimants Menachem Weiss, Hadassah Weiss, Rachel Wilhelm are **ORDERED** to show cause why the crossclaimant should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Counterclaimants to show cause, in writing, **on or before October 30, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Counterclaimants' response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ Crossclaim Defendant Benjamin Stein was served with the Crossclaim on September 11, 2026 and response was due October 2, 2026 (Dkt. No. 144). Crossclaim Defendant Benjamin Stein did not answer the crossclaim, yet Cross Claimants failed to request entry of default, pursuant to Fed. R. Civ. P.

55(a). Cross Claimants can satisfy this order by seeking entry of default or by dismissing the crossclaim.

**IT IS SO ORDERED**.